# EXHIBIT 2

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Sanjukta Paul[2] | HSKRR**** | 06 (2003) | $350 | 2009 | $628 |
| James de Simone[3] | Schonbrun, de Simon | 27 (1985) | $695 | 2012 | $1,125 |
| Michael Seplow[3] | Schonbrun, de Simon | 22 (1990) | $630 | 2012 | $1,020 |
| Anna Canning[3] | Schonbrun, de Simon | 06 (2006) | $450 | 2012 | $728 |
| Law student interns[3] | Schonbrun, de Simon | Law clerk | $200 | 2012 | $324 |
| Sid Wolinsky[4] | DRA* | 49 (1961) | $835 | 2010 | $1,448 |
| Laurence Paradis[4] | DRA* | 26 (1985) | $730 | 2010 | $1,266 |
| Melissa Kasnitz[4] | DRA* | 18 (1992) | $650 | 2010 | $1,127 |
| Jennifer Bezoza[4] | DRA* | 10 (2000) | $570 | 2010 | $988 |
| Roger Heller[4] | DRA* | 09 (2001) | $560 | 2010 | $971 |
| Kevin Knestrick[4] | DRA* | 07 (2003) | $535 | 2010 | $928 |
| Kasey Corbit[4] | DRA* | 06 (2004) | $500 | 2010 | $867 |
| Mary–Lee Kimber[4] | DRA* | 05 (2005) | $475 | 2010 | $824 |
| Stephanie Biedermann[4] | DRA* | 03 (2007) | $350 | 2010 | $607 |
| Becca von Behren[4] | DRA* | 02 (2008) | $265 | 2010 | $460 |
| Senior paralegals[4] | DRA* | Paralegal | $265 | 2010 | $460 |
| Paralegals[4] | DRA* | Paralegal | $225 | 2010 | $390 |
| Summer associates[4] | DRA* | Law clerk | $245 | 2010 | $425 |
| Law clerks[4] | DRA* | Law clerk | $175 | 2010 | $303 |
| Case clerks[4] | DRA* | Case clerk | $165 | 2010 | $286 |

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Daniel B. Kohrman[4] | AFL***** | 26 (1984) | $740 | 2010 | $1,283 |
| Julie Nepveu[4] | AFL***** | 19 (1991) | $660 | 2010 | $1,144 |
| Jose R. Allen[4] | Skadden Arps | 25 (1985) | $930 | 2010 | $1,613 |
| Sheryl Wu Leung[4] | Skadden Arps | 05 (2005) | $395 | 2010 | $685 |
| Nathaniel Fisher[4] | Skadden Arps | 02 (2008) | $530 | 2010 | $919 |
| Legal assistant[4] | Skadden Arps | Legal assistant | $285 | 2010 | $494 |
| Technology manager[4] | Skadden Arps | Technology manager | $320 | 2010 | $555 |
| Ben Schonbrun[5] | Schonbrun, de Simone | 25 (1985) | $650 | 2010 | $1,127 |
| Michael Seplow[5] | Schonbrun, de Simone | 20 (1990) | $590 | 2010 | $1,023 |
| John Raphling[5] | Schonbrun, de Simone | 17 (1993) | $525 | 2010 | $910 |
| Barrett S. Litt[6] | Litt, Estuar & Kitson | 40 (1969) | $800 | 2009 | $1,436 |
| Carol A. Sobel[6] | Law Offices of Carol Sobel | 31 (1978) | $710 | 2009 | $1,274 |
| Rebecca Thornton[6] | Law Offices of Carol Sobel | 08 (2001) | $425 | 2009 | $763 |
| Paul L. Hoffman[6] | Schonbrun, de Simone | 33 (1976) | $750 | 2009 | $1,346 |
| Barrett S. Litt[7] | Litt, Estuar & Kitson | 38 (1969) | $725 | 2007 | $1,394 |

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Paul Estuar[7] | Litt, Estuar & Kitson | 14 (1993) | $485 | 2007 | $932 |
| Stacey Brown[7] | Litt, Estuar & Kitson | 01 (2006) | $275 | 2007 | $529 |
| Senior Paralegals[7] | Litt, Estuar & Kitson | Paralegal | $225 | 2007 | $433 |
| Barrett S. Litt[8] | Litt, Estuar & Kitson | 43 (1969) | $850 | 2012 | $1,376 |
| Robert M. Kitson[8] | Litt, Estuar & Kitson | 17 (1995) | $625 | 2012 | $1,012 |
| Bryan M. Miller[8] | Litt, Estuar & Kitson | 18 (1994) | $625 | 2012 | $1,012 |
| Sr. paralegal[8] | Litt, Estuar & Kitson | Paralegal | $250 | 2012 | $405 |
| Law student interns[8] | Litt, Estuar & Kitson | Law Clerk | $225 | 2012 | $364 |
| Dan Stormer[8] | HSKRR**** | 38 (1974) | $825 | 2012 | $1,335 |
| Michael Bien[9] | Rosen Bien Galvan & Grunfeld | 28 (2008) | $640 | 2008 | $1,189 |
| Unnamed[10] | Prison Law Office | 01 (2009) | $275 | 2010 | $477 |
| Unnamed[10] | Prison Law Office | 32 (1978) | $700 | 2010 | $1,214 |
| Unnamed[10] | Rosen Bien & Galvan | 48 (1962) | $800 | 2010 | $1,387 |

Exhibit B
Page 60

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Unnamed[10] | Rosen Bien & Galvan | 13 (1997) | $560 | 2010 | $971 |
| Sr. paralegal[10] | Rosen Bien & Galvan | | $240 | 2010 | $416 |
| Unnamed[10] | Bingham, McCutcheon | 32 (1978) | $700 | 2010 | $1,214 |
| Unnamed[10] | Bingham, McCutcheon | 02 (2008) | $400 | 2010 | $694 |
| Unnamed[10] | Bingham, McCutcheon | 13 (1997) | $655 | 2010 | $1,136 |
| John Houston Scott[11] | Scott Law Firm | 37 (1976) | $725 | 2013 | $1,134 |
| Thomas P. Greerty[11] | Law Offices of Thomas P. Greerty | 34 (1979) | $725 | 2013 | $1,134 |
| Amitai Schwartz[11] | Law Offices of Amitai Schwartz | 40 (1973) | $725 | 2013 | $1,134 |
| Moira Duvernay[11] | Law Offices of Amitai Schwartz | 09 (2004) | $450 | 2013 | $704 |
| Sanford J. Rosen[12] | Rosen Bien & Galvan | 46 (1962) | $700 | 2008 | $1,300 |
| Sid Wolinsky[13] | DRA* | 51 (1961) | $860 | 2012 | $1,392 |
| Shawna Parks[13] | DRA* | 13 (1999) | $665 | 2012 | $1,076 |
| Mary-Lee Smith[13] | DRA* | 07 (2005) | $555 | 2012 | $898 |
| Karla Gilbride[13] | DRA* | 05 (2007) | $430 | 2012 | $696 |
| Larry Paradis[13] | DRA* | 27 (1985) | $800 | 2012 | $1,295 |

5

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| Attorney | Firm | Pract Yrs (Grad Yr) | Rate | Year | Adjusted Rate |
| Sr. Paralegal[15] | Litt, Estuar & Kitson | Paralegal | $235 | 2008 | $437 |
| Dale Galipo[16] | Law Ofc of Dale Galipo | 28 (1984) | $700 | 2012 | $1,133 |
| Humberto Guizar[16] | | 26 (1986) | $500 | 2012 | $809 |
| Matthew McNicholas[17] | McNicholas & McNicholas | 15 (1997) | $700 | 2012 | $1,133 |
| Douglas D. Winter[17] | McNicholas & McNicholas | 22 (1990) | $600 | 2012 | $971 |
| Catherine Schmidt[17] | McNicholas & McNicholas | 11 (2001) | $500 | 2012 | $809 |
| Bill Lann Lee[18] | Lewis, Feinberg, Lee, Renaker, & Jackson | 38 (1974) | $825 | 2012 | $1,335 |
| Matthew Righetti[19] | Righetti Glugoski | 27 (1985) | $750 | 2012 | $1,214 |
| John Glugoski[19] | Righetti Glugoski | 12 (1997) | $650 | 2012 | $1,052 |
| Angela Padilla[20] | MoFo | 15 (1991) | $600 | 2006 | $1,194 |
| Mahogany Jenkins[20] | MoFo | 02 (2004) | $285 | 2006 | $567 |
| Robert Rubin[20] | LCCR | 28 (1978) | $625 | 2006 | $1,244 |
| Paralegal[20] | MoFo | Paralegal | $175 | 2006 | $348 |
| Carol Sobel[21] | Law Office of Carol Sobel | 32 (1978) | $725 | 2010 | $1,257 |
| Rebecca Thornton[21] | Law Office of Carol Sobel | 09 (2001) | $450 | 2010 | $780 |

7

Exhibit B
Page 63

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Heather McGunigle[22] | DRLC | 04 (2009) | $375 | 2009 | $673 |
| Todd Burns[23] | Law Office of Todd Burns | 18 (1996) | $650 | 2014 | $982 |
| Scott A. Brooks[24] | Daniels, Fine, Israel, Schonbuch & Lebovits | 19 (1992) | $650 | 2011 | $1,089 |
| Paul R. Fine[24] | Daniels, Fine, Israel, Schonbuch & Lebovits | 39 (1972) | $850 | 2011 | $1,424 |
| Craig Momita[24] | Daniels, Fine, Israel, Schonbuch & Lebovits | 18 (1993) | $400 | 2011 | $670 |
| Stephen Glick[24] | Law Offices of Stephen Glick | 37 (1974) | $800 | 2011 | $1,340 |
| Ian Herzog[24] | Law Office of Ian Herzog | 44 (1967) | $1,000 | 2011 | $1,675 |
| Susan Abitanta[24] | Law Office of Ian Herzog | 28 (1983) | $600 | 2011 | $1,005 |
| Rebecca Grey[25] | | 16 (1998) | $650 | 2014 | $982 |
| Dale Galipo[26] | Law Ofc Dale Galipo | 29 (1984) | $675 | 2013 | $1,056 |
| Michael Haddad[27] | Haddad & Sherwin | 23 91991) | $725 | 2014 | $1,096 |

8

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Julia Sherwin[27] | Haddad & Sherwin | 19 (1995) | $695 | 2014 | $1,050 |
| Richard Pearl[27] | | 44 (1970) | $750 | 2014 | $1,133 |
| Genevieve Guertin[27] | Haddad & Sherwin | 05 (2009) | $400 | 2014 | $604 |
| Gina Altomare[27] | Haddad & Sherwin | 04 (2010) | $350 | 2014 | $529 |
| Thomas Kennedy Helm[27] | Haddad & Sherwin | 02 (2012) | $325 | 2014 | $491 |
| Paralegals (not senior)[27] | Haddad & Sherwin | Paralegal | $200 | 2014 | $302 |
| Jim DeSimone[28] | Schonbrun, de Simone | 28 (1985) | $725 | 2013 | $1,134 |
| Michael Seplow[28] | Schonbrun, de Simone | 23 (1990) | $660 | 2013 | $1,032 |
| Douglas Ingraham[28] | Schonbrun, de Simone | 15 (1998) | $575 | 2013 | $899 |
| Christopher Cox[29] | Weill Gotschall | 23 (1991) | $850 | 2014 | $1,284 |
| Bambo Obarro[29] | Weill Gotschall | 04 (2010) | $400 | 2014 | $604 |
| Ronald K. Tellis[30] | Baron & Budd | 18 (1996) | $775 | 2014 | $1,171 |
| Timothy G. Blood[30] | Blood Hurst and O'Reardon | 24 (1990) | $695 | 2014 | $1,050 |
| Gene J. Stonebarger[31] | Stonebarger Law, APC | 14 (2000) | $650 | 2014 | $982 |

9

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Firm** | **Pract Yrs (Grad Yr)** | **Rate** | **Year** | **Adjusted Rate** |
| Sanford J. Rosen[112] | Rosen Bien Galvan & Grunfeld | 59 (1962) | $1,100 | 2021 | $1,306 |
| Jeffrey L. Bornstein[112] | Rosen Bien Galvan & Grunfeld | 40 (1981) | $950 | 2021 | $1,128 |
| Benjamin Bien-Kahn[112] | Rosen Bien Galvan & Grunfeld | 12 (2009) | $625 | 2021 | $742 |
| Linda H. Woo[112] | Rosen Bien Galvan & Grunfeld | Sr. paralegal | $350 | 2021 | $416 |
| Caroline E. Reynolds[113] | Zuckerman Spaeder | 18 (2003) | $825 | 2021 | $980 |
| Jason S. Cowart[113] | Zuckerman Spaeder | 21 (2000) | $980 | 2021 | $1,164 |
| Brian Hufford[113] | Zuckerman Spaeder | 35 (1986) | $1,145 | 2021 | $1,360 |
| Carl S. Kravitz[113] | Zuckerman Spaeder | 39 (1982) | $1,145 | 2021 | $1,360 |
| Adam B. Abelson[113] | Zuckerman Spaeder | 10 (2011) | $690 | 2021 | $820 |
| Aitan D. Goelman[113] | Zuckerman Spaeder | 24 (1997) | $1,040 | 2021 | $1,235 |

17

Exhibit B
Page 73

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 1: Civil Rights Lodestar Awards/Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| Attorney | Firm | Pract Yrs (Grad Yr) | Rate | Year | Adjusted Rate |
| Andrew Caridas[113] | Zuckerman Spaeder | 08 (2013) | $625 | 2021 | $742 |
| Anant Kumar[113] | Zuckerman Spaeder | 07 (2014) | $610 | 2021 | $724 |
| Lori V. Duignan[113] | Zuckerman Spaeder | Sr. Paralegal | $370 | 2021 | $439 |
| Sanford Jay Rosen[114] | Rosen Bien Galvan Grunfeld | 59 (1962) | $1,250 | 2021 | $1,485 |
| Ernest Galvan[114] | Rosen Bien Galvan Grunfeld | 24 (1997) | $875 | 2021 | $1,039 |
| Dale K. Galipo[115] | Law Office of Dale Galipo | 39 (1984) | $1,200 | 2023 | $1,330 |
| Kelsi Brown Corkran[115] | Institute for Constitutional Advocacy & Protection | 18 (2005) | $1,075 | 2023 | $1,192 |
| Melanie Partow[115] | Law Office of Dale Galipo | 19 (2004) | $850 | 2023 | $942 |
| Joseph Mead[115] | Law Office of Dale Galipo | 16 (2007) | $850 | 2023 | $942 |
| Scott Hughes[115] | Law Office of Dale Galipo | 16 (2007) | $780 | 2023 | $865 |
| Olu Orange[116] | Law Office of Olu Orange | 22 (2001) | $815 | 2021 | $968 |

18

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

B.    Table 2: Consumer/Wage & Hour Class Action Lodestar Crosschecks

| Table 2: Consumer/Wage & Hour Class Action Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| Atty | Firm | Practice Yrs [Grad Yr] | Rate | Year | Adjusted Rate |
| Guy Wallace[51] | Schneider Wallace | 17 (1993) | $650 | 2010 | $927 |
| Josh Konecky[51] | Schneider Wallace | 14 (1996) | $625 | 2010 | $891 |
| Jonathan E. Gertler[52] | Chavez & Gertler | 31 (1983) | $725 | 2013 | $946 |
| Dan L. Gildor[52] | Chavez & Gertler | 12 (2002) | $550 | 2013 | $718 |
| Patrick N. Keegan[53] | Keegan & Baker LLP | 20 (1993) | $695 | 2013 | $907 |
| Todd Schneider[54] | Schneider Wallace | 29 (1982) | $675 | 2011 | $934 |
| Eric Gibbs[55] | Girard Gibbs | 15 (1995) | $675 | 2010 | $962 |
| Dylan Hughes[55] | Girard Gibbs | 10 (2000) | $545 | 2010 | $777 |
| Eric Gibbs[56] | Girard Gibbs | 15 (1995) | $675 | 2010 | $962 |
| Jonathan Selbin[57] | Lieff Cabraser | 16 [1993] | $600 | 2009 | $881 |
| Shawn Khorrami[58] | Khorrami Boucher Sumner Sanguinetti, LLP | 19 (1995) | $650 | 2014 | $823 |
| Launa Adolph[58] | Khorrami Boucher Sumner Sanguinetti, LLP | 11 (2003) | $495 | 2014 | $627 |
| Paul Kiesel[59] | Kiesel Law LLP | 30 [1985] | $1,100 | 2015 | $1,353 |
| Jeffrey A. Koncius[59] | Kiesel Law LLP | 18 [1997] | $625 | 2015 | $769 |
| Matthew A. Young[59] | Kiesel Law LLP | 06 [2009] | $375 | 2015 | $461 |
| Eric L. Cramer[60] | Berger Montague | 22 (1990) | $900 | 2015 | $1,107 |
| Daniel Girard[60] | Girard Gibbs | 31 (1984) | $845 | 2015 | $1,039 |
| Amanda Steiner[60] | Girard Gibbs | 18 (1997) | $650 | 2015 | $799 |

23

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 2: Consumer/Wage & Hour Class Action Lodestar Crosschecks | | | | | |
|---|---|---|---|---|---|
| Atty | Firm | Practice Yrs [Grad Yr] | Rate | Year | Adjusted Rate |
| Kelly Dermody[60] | Leiff Cabraser Heimann & Bernstein | 21 (1994) | $800 | 2015 | $984 |
| Richard Heimann[60] | Leiff Cabraser Heimann & Bernstein | 40 (1975) | $900 | 2015 | $1,107 |
| Paralegal - regular[61] | Leiff Cabraser Heimann & Bernstein | | $325 | 2022 | $373 |
| Paralegal - senior[61] | Leiff Cabraser Heimann & Bernstein | | $425 | 2022 | $488 |

24

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

C.     Table 3: Commercial or Reported Standardized Rates Reflected in Select Attorney Fee Awards, Declarations or Reports

| Table 3: Commercial or Reported Standardized Rates Reflected in Select Attorney Fee Awards, Declarations or Reports | | | | | |
|---|---|---|---|---|---|
| Atty | Firm | Practice Yrs [Grad Yr] | Rate | Year | Adjusted Rate |
| Diane Hutnyan[81] | Quinn Emanuel | 15 (1997) | $790 | 2012 | $1,279 |
| Victoria Maroulis[81] | Quinn Emanuel | 13 (1999) | $815 | 2012 | $1,319 |
| Todd Briggs[81] | Quinn Emanuel | 12 (2000) | $735 | 2012 | $1,190 |
| Marc Becker[81] | Quinn Emanuel | 24 (1988) | $1035 | 2012 | $1,675 |
| Melissa Dalziel[81] | Quinn Emanuel | 12 (2000) | $730 | 2012 | $1,182 |
| Thomas J. Nolan[82] | Skadden Arps | 40 (1971) | $1095 | 2011 | $1,835 |
| Jason D. Russell[82] | Skadden Arps | 18 (1993) | $1030 | 2011 | $1,726 |
| Hillary A. Hamilton[82] | Skadden Arps | 10 (2001) | $710 | 2011 | $1,189 |
| Legal Assistant[82] | Skadden Arps | Legal Assistant | $295 | 2011 | $494 |
| Arturo Gonzalez[83] | MoFo | 28 (1985) | $950 | 2013 | $1,486 |
| Suzanna Brickman[83] | MoFo | 07 (2006) | $650 | 2013 | $1,017 |
| Unnamed[84] | Lieff Cabraser | 01 (2011) | $325 | 2012 | $526 |
| Unnamed[84] | Lieff Cabraser | 04 (2008) | $395 | 2012 | $639 |
| Unnamed[84] | Lieff Cabraser | 06 (2006) | $435 | 2012 | $704 |
| Unnamed[84] | Lieff Cabraser | 11 (2001) | $525 | 2012 | $850 |
| Unnamed[84] | Lieff Cabraser | 14 (1998) | $585 | 2012 | $947 |
| Unnamed[84] | Lieff Cabraser | 17 (1995) | $650 | 2012 | $1,052 |
| Unnamed[84] | Lieff Cabraser | 21 (1991) | $700 | 2012 | $1,133 |

25

Exhibit B
Page 81

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 3: Commercial or Reported Standardized Rates Reflected in Select Attorney Fee Awards, Declarations or Reports | | | | | |
|---|---|---|---|---|---|
| Atty | Firm | Practice Yrs [Grad Yr] | Rate | Year | Adjusted Rate |
| Melissa Barshop[86] | Gibson Dunn | 03 (2006) | $470 | 2009 | $843 |
| Multiple associates[86] | Gibson Dunn | 02 (2007) | $400 | 2009 | $718 |
| Multiple associates[86] | Gibson Dunn | 01 (2008) | $345 | 2009 | $619 |
| Paralegal[86] | Gibson Dunn | Paralegal | $300 | 2009 | $538 |
| Paralegal[86] | Gibson Dunn | Paralegal | $295 | 2009 | $529 |
| Paralegal[86] | Gibson Dunn | Paralegal | $315 | 2009 | $565 |
| Danielle Gilmore[87] | Quinn Emanuel | 15 (1993) | $685 | 2008 | $1,272 |
| Sara Brenner[87] | Quinn Emanuel | 02 (2006) | $340 | 2008 | $632 |
| Paralegal[87] | Quinn Emanuel | Paralegal | $235 | 2008 | $437 |
| Mark D. Kemple[88] | Greenberg Traurig | 20 (1989) | $675 | 2009 | $1,254 |
| Erik Swanholt[88] | Greenberg Traurig | 11 (1998) | $575 | 2009 | $1,068 |
| Hirad Dadgostar[88] | Greenberg Traurig | 03 (2006) | $400 | 2008 | $743 |
| Brian J. Hennigan[89] | Irell & Manella | 25 (1983) | $775 | 2008 | $1,440 |
| Michal H. Strub[89] | Irell & Manella | 18 (1990) | $670 | 2008 | $1,245 |
| Kimberly A. Svendsen[89] | Irell & Manella | 04 (2004) | $410 | 2008 | $762 |
| Dena G. Kaplan[89] | Irell & Manella | 05 (2003) | $475 | 2008 | $882 |
| Gordon Kirscher[90] | O'Melveny &Myers | 38 (1971) | $860 | 2009 | $1,543 |
| Alejandro Mayorkas[90] | O'Melveny &Myers | 23 (1986) | $770 | 2009 | $1,382 |

27

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 3: Commercial or Reported Standardized Rates Reflected in Select Attorney Fee Awards, Declarations or Reports | | | | | |
|---|---|---|---|---|---|
| Atty | Firm | Practice Yrs [Grad Yr] | Rate | Year | Adjusted Rate |
| Hannah Cannom[93] | Milbank, Tweed | 08 (2006) | $760 | 2014 | $1,148 |
| Revi-Ruth Enriquez[93] | Milbank, Tweed | 06 (2008) | $800 | 2014 | $1,209 |
| Caitlin Hawks[93] | Milbank, Tweed | 06 (2008) | $760 | 2014 | $1,148 |
| Katherine Eklund9[93] | Milbank, Tweed | 05 (2009) | $550 | 2014 | $831 |
| Amy Lalley[94] | Sidley Austin | 14 (1998) | $700 | 2012 | $1,133 |
| Amy Lalley[94] | Sidley Austin | 16 (1998) | $825 | 2014 | $1,247 |
| Alex Doherty[94] | Sidley Austin | 04 (2008) | $520 | 2012 | $842 |
| Alex Doherty[94] | Sidley Austin | 06 (2008) | $700 | 2014 | $1,058 |
| Lauren McCray[94] | Sidley Austin | 01 (1998) | $340 | 2012 | $550 |
| Lauren McCray[94] | Sidley Austin | 02 (1998) | $495 | 2014 | $748 |
| Christopher Cox[95] | Weil Gotshal | 23 (1991) | $850 | 2014 | $1,284 |
| Bambo Obaro[95] | Weil Gotshal | 04 (2010) | $400 | 2014 | $604 |
| Jessica Mohr[95] | Weil Gotshal | 01 (2013) | $300 | 2014 | $453 |
| Glenn Peterson[96] | Millstone Peterson & Watts | 18 (1996) | $600 | 2014 | $907 |
| Diaana Torres[97] | | 26 (1992) | $892 | 2018 | $1,175 |
| Yungmoon Chang[97] | | 02 (2016) | $554 | 2018 | $730 |
| Paralegal [Keith Catuara] [97] | | Paralegal | $334 | 2018 | $440 |
| Andrew Bridges[98] | Fenwick & West | 29 (1986) | $930 | 2014 | $1,405 |
| liana Rubel[98] | Fenwick & West | 17 (1997) | $750 | 2014 | $1,133 |
| Jennifer Kelly[98] | Fenwick & West | 17 (1997) | $750 | 2014 | $1,133 |
| Joseph Belichick[98] | Fenwick & West | 11 (2003) | $690 | 2014 | $1,043 |

33

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

| Table 3: Commercial or Reported Standardized Rates Reflected in Select Attorney Fee Awards, Declarations or Reports | | | | | |
|---|---|---|---|---|---|
| **Atty** | **Firm** | **Practice Yrs [Grad Yr]** | **Rate** | **Year** | **Adjusted Rate** |
| Levine, Aaron M. [99] | Sullivan & Cromwell | 06 (2017) | $1,395 | 2023 | $1,547 |
| Paralegal [Atamian, Stepan G.] [99] | Sullivan & Cromwell | | $425 | 2023 | $471 |
| Paralegal [Chen, Sophia] [99] | Sullivan & Cromwell | | $595 | 2023 | $660 |

DRA stands for Disability Rights Advocates
MTO stands for Munger, Tolles & Olson
DRLC stands for Disability Rights Legal Center
AFL stands for AARP Foundation Litigation
KMBL stands for Kaye, McLane, Bednarski & Litt

**CIVIL RIGHTS LODESTAR AWARD SOURCES**

[1] – *Vasquez v. Rackauckas*, No. SACV09-1090 VBF RNBX, 2011 WL 3320482 (C.D. Cal. July 29, 2011), aff'd in part, rev'd in part and remanded, 734 F.3d 1025 (9th Cir. 2013) (lodestar award in civil rights injunctive relief class action regarding modification of state gang injunctions) (remand did not affect fee award)

[2] – *Fitzgerald v. City of Los Angeles*, CV 03-01876DDP(RZX), 2009 WL 960825 (C.D. Cal. Apr. 7, 2009) (lodestar award in civil rights Skid Row litigation)

[3] – *Charlebois v. Angels Baseball LP*, SACV 10-0853 DOC ANX, 2012 WL 2449849 (C.D. Cal. May 30, 2012) (lodestar award in settlement of ADA case)

36

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[4] – *Californians for Disability Rights v. California Dep't of Transp.,* C 06-05125 SBA MEJ, 2010 WL 8746910 (N.D. Cal. Dec. 13, 2010) *report and recommendation adopted sub nom. Californians for Disability Rights, Inc. v. California Dep't of Transp.,* C 06-5125 SBA, 2011 WL 8180376 (N.D. Cal. Feb. 2, 2011) (lodestar award in settlement of ADA case)

[5] – *Rauda v. City of Los Angeles,* CV08-3128-CAS PJW, 2010 WL 5375958 (C.D. Cal. Dec. 20, 2010) (lodestar award in civil rights police misconduct case)

[6] – *Multi-Ethnic Immigrant Workers Org. Network v. City of Los Angeles,* CV 07-3072 AHM FMMX, 2009 WL 9100391 (C.D. Cal. June 24, 2009) ) (lodestar cross-check in protest excessive force civil rights class action)

[7] – *Craft v. Cnty. Of San Bernardino,* 624 F. Supp. 2d 1113, 1122-23 (C.D. Cal. 2008) (lodestar cross-check in jail civil rights class action)

[8] – *Pierce v. Cnty. Of Orange,* 905 F. Supp. 2d 1017, 1035-39, 1049  (C.D. Cal. 2012) (lodestar award in jail ADA class action)

[9] – *L.H. v. Schwarzenegger,* 645 F. Supp. 2d 888, 893-96 (E.D. Cal. 2009) (lodestar award in settlement of prison injunctive relief class action)

[10] – *Armstrong v. Brown,* 805 F. Supp. 2d 918, 920-21 (N.D. Cal. 2011)) (lodestar award in prison class action for monitoring work)

[11] – *A.D. v. State of California Highway Patrol,* C 07-5483 SI, 2013 WL 6199577 (N.D. Cal. Nov. 27, 2013) (civil rights lodestar award for police killing) [Arnold & Porter and Quinn Emmanuel rates were described in opinion as support for awarded rates, and are contained in the commercial rates table with the attorney as "Unnamed"; Quinn Emanuel rates are also quoted in the opinion and those are also contained in the commercial rates table with the attorney as "Unnamed"; because the Quinn Emanuel rates are average partner and average associate rates, I conservatively used 25 years as the average partner years and 5 as the average associate years for comparison purposes]

[12] – *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010), *upholding award in Prison Legal News v. Schwarzenegger,* 561 F. Supp. 2d 1095, 1106 (N.D. Cal. 2008) (post –settlement lodestar award in prisoner First Amendment injunctive relief case)

Exhibit B
Page 93

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[13] – *Communities Actively Living Independent and Free v. City of Los Angeles,* 2:090cv-00287 CBM-RZ-Doc # 255 (C.D. Cal. 6/10/13) (lodestar award in settlement of ADA injunctive relief class action) **[AVAILABLE AS EXHIBIT 13]**

[14] – *Lauderdale v. City of Long Beach,* CV 08-979 ABC (JWJx) (C.D.Cal. 1/11/10) (lodestar award after settlement of ADA injunctive relief class action against jail) **[AVAILABLE AS EXHIBIT 14]**

[15] – *Gamino v. County of Ventura,* CV 02-9785-CBM (Ex), Doc # 185 (C.D.Cal. 2/5/09) (lodestar cross-check in jail civil rights class action) **[AVAILABLE AS EXHIBIT 15]**

[16] – *P.C. v. City of Los Angeles,* 2:090cv-06495-PLA Doc # 77 (C.D. Cal. 9/4/12) (lodestar award in civil rights suit against police for excessive force resulting in death) **[AVAILABLE AS EXHIBIT 16]**

[17] – *Avila v. LAPD*, No. CV 11-01326 sjo (FMOX) (C.D.Cal. 8/2/12) (lodestar award for retaliatory termination for testifying for FLSA plaintiff) **[AVAILABLE AS EXHIBIT 17]**

[18] – *Vallabhapurapu v. Burger King Corp.*, Case No. C11-00667 WHA (JSC) (N.D.Cal. 10/26/2012) (lodestar award with multiplier of 1.29 in ADA accessibility class action; opinion refers to rates used to calculate the lodestar of up to $825; Lee Dec dated 8/27/2012 sets forth the rates used to calculate the lodestar, including a rate of $825 for him) **[AVAILABLE AS EXHIBIT 18]**

[19] – *Rutti v. Lojack Corp., Inc.*, SACV 06-350 DOC JCX, 2012 WL 3151077 (C.D. Cal. July 31, 2012) (FLSA lodestar crosscheck)

[20] – Fee award in *Comite De Jornaleros De Redondo Beach v. City of Redondo Beach*, CV 04-9396 CBMJTLX, 2006 WL 4081215 (C.D. Cal. Dec. 12, 2006) rev'd, 607 F.3d 1178 (9th Cir. 2010) on reh'g en banc, 657 F.3d 936 (9th Cir. 2011) and aff'd, 657 F.3d 936 (9th Cir. 2011) (civil rights case successfully challenging day laborer ordinance on First Amendment grounds)

[21] – Fee award in *Long Beach Area Peace Network v. City of Long Beach,* No. CV 04-08510 JSO (SSx) (C.D.Calif.) (Doc # 64) (civil rights case successfully challenging parade ordinance on First Amendment grounds) (rates based on personal knowledge from fee declaration filed by Mr. Litt in the case) **[AVAILABLE AS EXHIBIT 21]**

[22] – 2/22/10 Fee Order in *Riverside County Dept. of Mental Health v. A.S.*, No. CV 08-00511 ABC (C.D.Calif.) (IDEA fee award) (2009 used because it is clear from the timing of the order that 2009 rates were used)

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[23] – Fee order in *Dugan v. County of Los Angeles*, 2:11-cv-08145-CAS-SHx (C.D.Cal. 3/3/14) (4th Amendment, malicious prosecution § 1983 action; background as criminal defense lawyer; no evidence of prior experience litigating civil rights cases, but knowledge of 4th Amendment law and trial experience should be reflected in the rate) [**AVAILABLE AS EXHIBIT 23**]

[24] – Fee order in *Heyen v. Safeway Inc.*, B243610, 2014 WL 2154676 (Cal. Ct. App. May 23, 2014) upheld (individual wage and hour case after denial of class certification, with damages award of approximately $26,000; full hourly rate awarded to determine lodestar, then reduced due to limited success because received only 25% of overtime sought; fee award was in 2012, based on 2011 rates [since fee application was filed in 2011]).

[25] – Lodestar fee award in *Echague v. Metro. Life Ins*. Co., No. 12-CV-00640-WHO, 2014 WL 4746115, at *2 (N.D. Cal. Sept. 24, 2014) – ERISA case.

[26] – Fee award in *Contreras v. City of Los Angeles*, 2:11-CV-1480-SVW-SH, 2013 WL 1296763 (C.D. Cal. Mar. 28, 2013) – individual police case

[27] – Fee order in *Dixon v. City of Oakland*, No. C-12-05207 DMR, 2014 WL 6951260, at *8 (N.D. Cal. Dec. 8, 2014) – individual police case (1.1 multiplier awarded under Civil Code § 52.1).

[28] – Fee order in *Xue Lu v. United States*, No. CV 01-01758 CBM EX, 2014 WL 2468826, at *5 (C.D. Cal. May 23, 2014) – EAJA market rate award (available due to government's bad faith).

[29] – Fee order in *Xu v. Yamanaka*, No. 13-CV-3240 YGR, 2014 WL 3840105 (N.D. Cal. Aug. 1, 2014); award was for successful Anti-SLAPP motion; defendants voluntarily reduced rate sought by 10%

[30] – Fee order in *Aarons v. BMW of N. Am., LLC*, No. CV 11-7667 PSG CWX, 2014 WL 4090564 (C.D. Cal. Apr. 29, 2014) objections overruled, No. CV 11-7667 PSG CWX, 2014 WL 4090512 (C.D. Cal. June 20, 2014) – consumer class action in which award was court determined lodestar, not percentage of fund.

[31] – Fee order in *Morey v. Louis Vuitton N. Am., Inc., No. 11CV1517 WQH BLM,* 2014 WL 109194, at *10 (S.D. Cal. Jan. 9, 2014) – consumer class action in which award was court determined lodestar, not percentage of fund; 1.51 multiplier.

[32] – Fee order in *Sanchez v. County of San Bernardino*, 10-09384 MMM (Opx) [3/1/14] – individual police case [**AVAILABLE AS EXHIBIT 32**]

[33] – Fee order in *Howard v. County of Riverside,* EDCV 12-00700 VAP (Opx) [8/27/14] – individual police case [**AVAILABLE AS EXHIBIT 33**].

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[42]– *Guillermo Gomex-Sanchez v. Barr*, No. 14-72506 (7/17/19) (9th Cir. Fee award by appellate commissioner awarding enhanced rates under EAJA in complex immigration case) [**AVAILABLE AS EXHIBIT 42**].

[43]– *Moinuddin v. State of California DOT*, Case No. BC656161 (8/13/19 L A Superior Court) (FEHA award) [**AVAILABLE AS EXHIBIT 43**].

[44]– *Hadsell v. City of Baldwin Park*, No.: BC 548 602 (6/26/19 Fee Award in LA Superior Court for employment discrimination with 1.5 multiplier) [**AVAILABLE AS EXHIBIT 44**].

[46]– *TBD*

[47]– *Confidential Arbitration Fee Award* (addressed in body of declaration).

[48]–*T.G. v. Kern County*, 2020 WL 3035199 (E.D.,Cal. 6/5/2020) (final approval order approving fees based on SF/LA rates for DRA and DRC; rates and grad years  set out in fee motion, 2020 WL 3884340)

[49]–*S.G. v. City of Los Angeles*, CV 17-9003 JAK (MR.Wx) (Disability rights settlement; 2019 or 2020 rates (it is somewhat unclear) awarded in 2021; Dkt. 266 [04/12/21]; DM 169117).

[50]–*Garza v. City of Los Angeles*, 2018 WL 5859549 (C.D. Cal. 2018) (excessive force case; $210,000 jury verdict)).

[110]–*Roy v. County of Los Angeles*, Case No. CV 12-09012 AB (FFMx); class action for $14 Million settlement for denying release and eligibility for bail for people with ICE holds; fee award of 30% of fund; order entered 2/3/2022; rates provided were 2021 rates, so 2021 is used as the relevant year. Final order did not specify lodestar cross-check, but these were the rates provided. Court ordered 30% of the fund award.

[111]–Fee Order in G*omez v. Fragrant Foods*, Case No. 19STCV02398 (Superior Court of Los Angeles County) - employment case; supported by declaration of Dolores Leal regarding standard retained work for their firm, from which the rates for Allred Maroko & Goldberg are taken.

[112]–*Hum. Rts. Def. Ctr. v. Cty. of Napa*, No. 20-CV-01296-JCS, 2021 WL 1176640 (N.D. Cal. Mar. 28, 2021) (fees under 42  U.S.C. § 1988 and CCP §  1021.5 against County for refusing to deliver  HRDC materias mailed to County prisoners)

[113]–*Wit v. United Behav. Health*, No. 14-CV-02346-JCS, 2022 WL 45057  (N.D. Cal. Jan. 5, 2022) (health care breach of fiduciary duty and ERISA class action lodestar award)

[114]–*Andrews v. Equinox Holdings, Inc.*, No. 20-CV-00485-SK, 2021 WL 5275822 (N.D. Cal. Nov. 9, 2021) (age discrimination case; fee award of $1,366,971 plus multiplier of 1.3 under FEHA in case where plaintiff accepted

41

Exhibit B
Page 97

Case 3:24-cv-01066-MMC    Document 101-2    Filed 05/29/26    Page 21 of 24
Case 2:16-cv-06796-MWF-KS    Document 312-47    Filed 02/18/26    Page 43 of 116
Page ID #:6567

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

Rule 68 offer of judgment in the amount of $162,000, plus costs and reasonable attorneys' fees [NB: opinion states Rosen has been an attorney since 1963

[115]–*Craig v. County of Orange*, Case 8:17-cv-00491-CJC-KES Doc # 280 (C.D.Cal. 2023) (post-trial attorney fee award in excessive force case)

[116]–*S.G. v. City of Los Angeles*, No. CV 2:17-cv-09003-JAK-MRW Doc #266 (C.D.Cal. 4/12/21) (fee award in disability and  civil rights action involving the construction of a private building near a public school).

[117]–*French v. City of Los Angeles*, EDCV 20-0416 JGB (SPx) (2/21/24) (Jury Trial for excessive force; $17,000,000+ verdict; Bernal; 1.5 multiplier)

[118]–*Contreras v. Kelly Pipce Co.*, LA Superior Court, No. 21STCV17933, 09/20/23) Wrongful termination and age discrimination; $1.3 Million compensatory damages; $5 Million punitive damages; 1.575 multiplier

[119]–*Myles v. Cnty. of San Diego by & through San Diego Cnty. Sheriff's Dep't*, No. 315CV01985JAHBLM, 2023 WL 6391481, at *4 (S.D. Cal. Sept. 29, 2023) (§ 1983 excessive force)

[120]–*Smith v. City of La Verne*, No. CV 23-644-KK-EX, 2024 WL 4331733, at *3 (C.D. Cal. Sept. 4, 2024) (excessive force)

[121]–*Valenzuela v. City of Anaheim*, No. SACV1700278CJCDFMX, 2023 WL 2249178, at *3 (C.D. Cal. Feb. 23, 2023) (excessive force) ($13.2 Million jury verdict)

[122]–*Duncan Roy v. County of Los Angeles*, Case No.: 2:12-cv-09012-AB (FFMx) (Class action for LASD detaining arrestees based solely on ICE detainers); fee order awards 1/3 of fund; order did not mention rates, but the lodestar rates submitted to the court were as listed. Motion - Doc 615-1; Order Doc 638)

[123]–*Craig v. County of Orange*, Case 8:17-cv-00491-CJC-KES, Document 280  Filed 02/21/23 (excessive force)

[124]–*Augustus v. City of Los Angeles*, No. 2:22-CV-02640-SB-AGR, 2024 WL 994686, at *5 (C.D. Cal. Feb. 5, 2024) (rates awarded) (high risk stop in violation of the Fourth Amendment; verdict was $150.000, so fees approximately 7x the verdict)

[125]–*Pineda v. City of Los Angeles*, 2:21-cv-06470-CBM-AS Document 195 (2024 opinion)

[126]–Stipulated Order in *Pederson v. Plumas*, 2:89-cv-1659. E.D. Cal., Dkt No. 167 filed 02/23/2024 (awarding Plaintiff attorney fees)

[127]–*Contreras v. Kelly Pipe Co.*, 21STCV17933 (Superior Court of California, County of Los Angeles), awarding fees to attorneys at the Shegerian & Associates Law Firm

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[128]–*Thu Nguyet Thi Tran v. Golden State Fc LLC*, LASC No. BC 699931 (2022 rates)(employment)

[129]- *Paolo French v. City of Los Angeles*, Case 5:20-cv-00416-JGB-SP (C.D. Cal. 2024) Order of 2/21/24 approving fees; excessive force)

[130]–Fee Order in *Donastorg v. City of Ontario*, No. EDCV18992JGBSPX, 2021 WL 6103545, at *7 (C.D. Cal. Sept. 23, 2021) (excessive force)

[131]–Fee Order in *Enyart v. County of San Bernadino*, No. EDCV18992JGBSPX, 2021 WL 6103545, at *7 (C.D. Cal. Sept. 23, 2021) (excessive force)

[132]–*920 Everett Street, LLC a limited liability company, et al. vs Khinn Muy Ung, an individual, et. al.,* 24STCV01838 (defendant fee award in unopposed anti-SLAPP MOTION

[133]–*Hit & Miss Enterprises v. City of Long Beach*, Case No. 2:18-cv-09996-WLH-SSC (First Amendment/due process violations)

[134]– *Liu v. CALPERS*, No. 19STCP04056 (§1021.5 fee award with 1.5 multiplier for successful writ petition requiring classifying certain bonus payments as pensionable payments)

[135]_

**CLASS ACTION LODESTAR CROSS CHECK SOURCES**

[51] – *Wren v. RGIS Inventory Specialists,* C-06-05778 JCS, 2011 WL 1230826 (N.D. Cal. Apr. 1, 2011) *supplemented,* C-06-05778 JCS, 2011 WL 1838562 (N.D. Cal. May 13, 2011)

[52] – *Bolton v. U.S. Nursing Corp.*, C 12-4466 LB, 2013 WL 5700403 (N.D. Cal. Oct. 18, 2013)

[53] – *Johansson-Dohrmann v. Cbr Sys., Inc.,* 12-CV-1115-MMA BGS, 2013 WL 3864341 (S.D. Cal. July 24, 2013)

[54] – *Thieriot v. Celtic Ins. Co.,* C-10-04462-LB, 2011 WL 1522385 (N.D. Cal. Apr. 21, 2011)

[55] – *Browne v. Am. Honda Motor Co., Inc.,* CV 09-06750 MMM DTBX, 2010 WL 9499073 (C.D. Cal. Oct. 5, 2010)

[56] – *Parkinson v. Hyundai Motor Am.,* 796 F. Supp. 2d 1160, 1164-66,  1170-73 (C.D. Cal. 2010)

[57] – *Pelletz v. Weyerhaeuser Co.,* 592 F. Supp. 2d 1322, 1326-27 (W.D. Wash. 2009)

[58] – *Gonzalez v. S. Wine & Spirits of Am. Inc*., No. 2:11-CV-05849-ODW, 2014 WL 1630674, at *2 (C.D. Cal. Apr. 24, 2014))

Exhibit B
Page 99

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[58] – *G. F. v. Contra Costa Cty.*, 2015 WL 7571789, at *13 (N.D. Cal. Nov. 25, 2015)

[59] – *Stone v Howard Johnson,* Case No. 12-CV-01684 PSG (MANx) (C.D. Cal.), Fee Declaration of Matthew A. Young in support of Class Fee Application, **AVAILABLE AS EXHIBIT 59**

[60] – *In re High-Tech Employee Antitrust Litig.*, No. 11-CV-02509-LHK, 2015 WL 5158730, at *8–190, 10-11 [$415 Million settlement in employment antitrust class action, declining to use % fund and employing lodestar with multiplier of 2.5 when considering all fees

[61] – *Ryan-Blaufuss v. Toyota Motor Corp.*, No. 8:18-CV-00201-JLS-KES, 2023 WL 11932256, at *8 (C.D. Cal. Feb. 3, 2023) (consumer class action re vehicle recalls with maximum rate of $1000/hr.; awarded multiplier of 2.3, which is "is generally considered reasonable."

**COMMERCIAL LITIGATION SOURCES**

[81] – *Apple, Inc. v. Samsung Electronics Co., Ltd.*, C 11-1846 LHK PSG, 2012 WL 5451411 (N.D. Cal. Nov. 7, 2012)). The rates listed reflect what Quinn Emmanuel indicated were its standard rates for the attorneys being billed; the court award was lower as follows: Marc Becker - $800; Diane Hutnyan - $700; Victoria Maroulis - $700; Todd Briggs - $700; Melissa Dalziel - $681. Because Mr. Becker is based in London he was marked  for whether he was designated as a SuperLawyer.

[82] – Skadden Arps bill Bill to MGA Entertainment Inc. in *Mattel v. MGA Entertainment*, Case No. 04 CV 09049-DOC (C.D.Cal.), filed 7/11/1, Doc 10684-50; rates accepted without objection and ordered in Doc. 10703 (8/4/11) **[AVAILABLE AS EXHIBIT 82]**

[83] – Declaration of Arturo Gonzalez in *Bullis Charter School v. Los Altos School District et al.* , Case No. 109 CV144569 (Santa Clara Sup. Ct., filed 10/19/13).  Although *Bullis* is arguably a public interest case, we are presenting this as a reflection of Mr. Gonzalez's and Ms. Brickman's normal rates, which is what Mr. Gonzalez explains in his declaration. **[AVAILABLE AS EXHIBIT 83]**

[84] – The Lieff Cabraser rates were provided in a 3/21/2012 email from firm partner as their standard rates for 2012; Lieff Cabraser is a contingent fee firm specializing in class actions.

44

Exhibit B
Page 100

**RATE TABLES: TABLE 1 – CIVIL RIGHTS LITIGATION AWARDS; TABLE 2 – CONSUMER CLASS ACTION AWARDS; TABLE 3 – COMMERCIAL LITIGATION AWARDS AND RATES**

[85] – Email from ACLU to Barry Litt of 7/26/11 with Paul Hastings rate information provided to ACLU by former Paul Hastings associate.

[86] – 4/9/09 Gibson Dunn partner Wayne Barsky Declaration in *Rogel v. Development Agency of City of Lynwood*, Case No. BS106592 (reflecting Gibson Dunn standard rates) **[AVAILABLE AS EXHIBIT 86]**

[87] – 11/27/08 Dec. of Quinn Emmanuel partner Danielle Gilmore in *Monrovia Nursing Co. v. Rosedale*, Case No. BC 351140  (LA Sup. Ct.) (reflecting Gibson Dunn standard rates) **[AVAILABLE AS EXHIBIT 87]**

[88] – 10/16/09 Fee Order for Greenberg Taurig attorneys in *Santa Fe Pointe, L.P. v. Greystone Servicing Corp.*, C-07-5454 MMC, 2009 WL 3353449 (N.D. Cal. 10/16/09) (reflecting rates billed to client)

[89] – 11/21/08 Dec. of O'Irell & Manella partner Brian Hennigan in *Monrovia Nursery Co.  v. Rosedale*, No. BC351140 (Los Angeles Superior Court) (reflecting customary rates, which were billed to client in the case) (rates rounded down to the closest $5)**[AVAILABLE AS EXHIBIT 89]**

[90] – 1/09/09 Bankruptcy Fee Application in *In re Three A's Holdings, L.L.C.*, No CV-04-07131- SVW (D. Del.) [bankruptcy fee application; only adversarial (litigation) rates relied on]

[91] – 11/17/10 Declaration of James Gillian in support of fee application in *La Asociacion De Trabajadores De Lake Forest v. City of Lake Forest*, CA 9 Case #09-55215 (Dkt. # 43-7) **[AVAILABLE AS EXHIBIT 91]**

[92] – Selected rates compiled from 2009 Westlaw Court Express

[93] – Milbank Tweed rates being sought for DRLC co-counsel in *LAUSD v. Michael Garcia*, Case No. 10-55879 (9th Cir.); listed in email from DRLC counsel Anna Rivera on 2/24/14 [not yet in other tables as of 2/24]

[94] – Sidley Austin rates listed in Declaration of Amy Lalley for fee motion in Jones v. Upland Housing Authority, NO.: EDCV 12-2074 VAP (Opx) (Dkt. # 46 2/24/14) **[AVAILABLE AS EXHIBIT 94]**

[95] – Fee award in anti-SLAPP motion in *Xu v. Yamanaka*, 2014 WL 3840105 (N.D. Cal. Aug. 1, 2014)

[96] – *Altavion, Inc. v. Konica Minolta Sys. Lab. Inc.*, 226 Cal. App. 4th 26, 71, 171 Cal. Rptr. 3d 714, 750 (2014), review denied (Aug. 20, 2014) [Trade secrets litigation; lodestar award]

[97] – A*ECOM Energy & Constr., Inc. v. Ripley*, No. CV175398RSWLSSX, 2018 WL 4904774, at *3  - award of fees for obtaining contempt order in trademark dispute

[98] – P*erfect 10, Inc. v. Giganews, Inc.*, No. CV 11-07098-AB SHX, 2015 WL 1746484, at *15–21 (C.D. Cal. Mar. 24, 2015), aff'd, 847 F.3d 657 (9th Cir. 2017) [award in 2015 but using 2014 rates] [copyright case] [expert report noted that partner rates in the Los Angeles Area can exceed $1,400 per hour on the "super-premium" end that