SHAWNA PARKS (CA BAR NO. 208301)
sparks@dralegal.org
MEREDITH J. WEAVER (CA BAR NO. 299328)
mweaver@dralegal.org
SEAN BETOULIERE (CA BAR NO. 308645)
sbetouliere@dralegal.org
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:    (510) 665-8644
Fax:    (510) 665-8511

ELIANA FISHER (pro hac vice)
efisher@dralegal.org
Disability Rights Advocates
655 Third Avenue, Suite 2619
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARINA HO and CHRISTINA MILLS, on behalf of themselves and all others similarly situated, <br><br>        Plaintiffs, <br><br>        v. <br><br> THE HERTZ CORPORATION; HERTZ GLOBAL HOLDINGS, INC.; and RENTAL CAR INTERMEDIATE HOLDINGS, LLC, <br><br>        Defendants. | Case No. 3:24-cv-01066-MMC <br><br> **DECLARATION OF ELIANA FISHER AS TO PLAINTIFFS' COMPLIANCE WITH CLASS NOTICE PROCEDURES** |

*Ho, et al. v. The Hertz Corp., et al.*                                        Case No. 3:24-cv-01066-MMC

DECL. ELIANA FISHER PLS.' COMPLIANCE WITH CLASS NOTICE PROCEDURES

I, Eliana Fisher, declare as follows:

1.      I am an attorney admitted pro hac vice to practice in this Court as counsel of record for Plaintiffs in this matter.  I make this declaration pursuant to the Court's Order dated May 1, 2026, ECF No. 99, directing the parties to comply with the notice procedures set forth in Plaintiffs' Supplemental Brief in Support of Preliminary Approval, ECF No. 95.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently testify to them.

2.      On May 5, 2026, Disability Rights Advocates ("DRA") posted the following documents on its website at https://dralegal.org/class-notice/ho-v-hertz/ ("Webpage"): the revised Notice of Proposed Settlement of Class Action Lawsuit ("Notice"), ECF No. 97-1; the Order Granting Preliminary Approval of Class Action Settlement, ECF No. 99; the Proposed Class Settlement Agreement, ECF No. 73-5; and the Class Action Complaint, ECF No. 1.  At that time, the Webpage stated that, "Plaintiffs' Motion for Attorneys' Fees and Costs will be added upon filing."

3.      DRA added Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs, ECF No. 100, to the Webpage on May 29, 2026, when the motion was filed.

4.      On May 5, 2026, DRA posted a notice on the main landing page of its website, www.dralegal.org, informing visitors that "[i]f you are a person with a disability who needs hand controls to operate a rental vehicle, and who will potentially rent a vehicle from Hertz, then you are a member of the proposed settlement class in the *Ho, et al. v. The Hertz Corporation, et al.* class action lawsuit," and providing links to the Class Notice and the Webpage.

5.      On May 7, 2026, Class Counsel posted a notification with a link to the Notice on its social media accounts:

a.      Disability Rights Advocates, FACEBOOK (May 7, 2026), *Attention: Potential Hertz Renters Who Use Hand Controls*, https://www.facebook.com/share/p/14fkRpGQ4Fr/;

b.      Disability Rights Advocates (@dralegal), INSTAGRAM (May 7, 2026), *Attention: Potential Hertz Renters Who Use Hand Controls*, https://www.instagram.com/p/DYC3L8UFPtD/;

c.      Disability Rights Advocates, LINKEDIN (May 7, 2026), *Attention: Potential Hertz Renters Who Use Hand Controls*, https://www.linkedin.com/posts/disability-rights-advocates_attention-potential-hertz-renters-who-use-activity-7458196557667016704-oPGj.

6.    On May 27, 2026, a notification of the proposed class settlement with a link to the Notice was published in an advertisement associated with the United Spinal Association, which was distributed via email to subscribers.  A true and correct copy of that email is attached hereto as **Exhibit A**.

7.    The Muscular Dystrophy Association published a notification of the proposed class settlement with a link to the Notice in its monthly newsletter, which was distributed via email to subscribers on May 28, 2026.  *See* Muscular Dystrophy Association, *Your May Advocacy News*, ADVOCACY BLOG: NEWSLETTERS (May 28, 2026), https://www.votervoice.net/MDA/News#/Newsletters/429765?isInformational=true.

8.    On May 29, 2026, the Paralyzed Veterans of America ("PVA") published a notification regarding the proposed class settlement with a link to the Webpage in its "Washington Update" newsletter, which was distributed to all thirty-three PVA chapters.  *See Court Preliminarily Approves Settlement Agreement For Potential Hertz Vehicle Renters Who Use Hand Controls*, WASH. UPDATE (Paralyzed Veterans Am., Wash., D.C.), May 29, 2026, https://static1.squarespace.com/static/5730fb2e60b5e942e74939c0/t/6a19ee80b37c7c2f2e2f34b9/1780084352128/Washington+Update+2026-05-29.pdf.  On June 1, 2026, a representative of PVA reported to me that a notification regarding the proposed class settlement with a link to the Webpage or the Notice will also be published in PVA's monthly member newsletter, which is scheduled to be distributed to members on June 5, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed on this 3rd day of June, 2026, in New York, New York.

_Eliana Fisher_
Eliana Fisher