William C. O'Neil (*pro hac vice*)
william.oneil@winstontaylor.com
Jeffrey J. Huelskamp (*pro hac vice*)
jeffrey.huelskamp@winstontaylor.com
Linda A. Greene (*pro hac vice*)
linda.greene@winstontaylor.com
Emma L. Sutton (*pro hac vice*)
emma.sutton@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
Telephone:     +1 312-558-5600
Facsimile:     +1 312-558-5700

Dana L. Cook-Milligan (CA Bar No. 301340)
dana.cook@winstontaylor.com
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone     415-591-1000
Facsimile:     415-591-1400

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARINA HO and CHRISTINA MILLS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE HERTZ CORPORATION; HERTZ GLOBAL HOLDINGS, INC.; and RENTAL CAR INTERMEDIATE HOLDINGS, LLC,<br><br>                    Defendants. | Case No. 3:24-cv-01066-MMC<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**<br><br>Judge:     Honorable Maxine M. Chesney |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS PURSUANT TO CLASS SETTLEMENT**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that effective June 1, 2026, the law firm Winston & Strawn LLP has changed its name and email addresses.  Hereinafter, the new firm name is Winston Taylor LLP.  The mailing addresses, telephone numbers, and facsimile numbers remain unchanged.  The email addresses for counsel of record representing The Hertz Corporation, Hertz Global Holdings, Inc. and Rental Car Intermediate Holdings, LLC have changed as follows:

| Attorney Name | Email Address |
| --- | --- |
| William C. O'Neil | william.oneil@winstontaylor.com |
| Jeffrey J. Huelskamp | jeffrey.huelskamp@winstontaylor.com |
| Dana L. Cook-Milligan | dana.cook@winstontaylor.com |
| Linda A Greene | linda.greene@winstontaylor.com |
| Emma L. Sutton | emma.sutton@winstontaylor.com |

All future orders, copies of all notices, motions and other filings should be directed to counsel at the new firm name and/or email addresses.

NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Dated: June 8, 2026

Respectfully submitted,

WINSTON TAYLOR LLP

By: */s/ Linda A. Greene*

William C. O'Neil (*pro hac vice*)
william.oneil@winstontaylor.com
Jeffrey J. Huelskamp (*pro hac vice*)
jeffrey.huelskamp@winstontaylor.com
Linda A. Greene (*pro hac vice*)
linda.greene@winstontaylor.com
Emma L. Sutton (*pro hac vice*)
emma.sutton@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
Telephone:    +1 312-558-5600
Facsimile:    +1 312-558-5700


Dana L. Cook-Milligan (CA Bar No. 301340)
dana.cook@winstontaylor.com
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone    415-591-1000
Facsimile:    415-591-1400


Attorneys for Defendants

Case No. 3:24-cv-01066-MMC

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**