Kristina M. Launey (CA Bar No. 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2300
Sacramento, CA 95814
Telephone: +1 916-498-7034
Facsimile: +1 916-558-4839

William C. O'Neil (*pro hac vice*)
william.oneil@winstontaylor.com
Jeffrey J. Huelskamp (*pro hac vice*)
jeffrey.huelskamp@winstontaylor.com
Linda A. Greene (*pro hac vice*)
linda.greene@winstontaylor.com
Emma L. Sutton (*pro hac vice*)
emma.sutton@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
Telephone:    +1 312-558-5600
Facsimile:    +1 312-558-5700

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARINA HO and CHRISTINA MILLS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE HERTZ CORPORATION; HERTZ GLOBAL HOLDINGS, INC.; and RENTAL CAR INTERMEDIATE HOLDINGS, LLC,<br><br>            Defendants. | Case No. 3:24-cv-01066-MMC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS PURSUANT TO CLASS SETTLEMENT**<br><br>Judge:    Honorable Maxine M. Chesney |

Case No. 3:24-cv-01066-MMC

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF
REASONABLE ATTORNEYS' FEES AND COSTS PURSUANT TO CLASS SETTLEMENT

Pursuant to Local Rule 7-3(b), Defendants The Hertz Corporation, Hertz Global Holdings, Inc. and Rental Car Intermediate Holdings, LLC file this notice confirming that they do not oppose Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Costs Pursuant to Class Settlement, currently set for hearing on August 21, 2026 at 9:00 a.m.  *See* Dkt. 100.

Dated: June 11, 2026

Respectfully submitted,

WINSTON TAYLOR LLP

By: */s/ Jeffrey J. Huelskamp*

William C. O'Neil (*pro hac vice*)
william.oneil@winstontaylor.com
Jeffrey J. Huelskamp (*pro hac vice*)
jeffrey.huelskamp@winstontaylor.com
Linda A. Greene (*pro hac vice*)
linda.greene@winstontaylor.com
Emma L. Sutton (*pro hac vice*)
emma.sutton@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
Telephone:    +1 312-558-5600
Facsimile:    +1 312-558-5700

Kristina M. Launey (CA Bar No. 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2300
Sacramento, CA 95814
Telephone: +1 916-498-7034
Facsimile: +1 916-558-4839

Attorneys for Defendants

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS PURSUANT TO CLASS SETTLEMENT**