SHAWNA PARKS (CA BAR NO. 208301)
sparks@dralegal.org
SEAN BETOULIERE (CA BAR NO. 308645)
sbetouliere@dralegal.org
MEREDITH J. WEAVER (CA BAR NO. 299328)
mweaver@dralegal.org
Disability Rights Advocates
455 Market St., Ste 1940
PMB 509115
San Francisco, CA 94105-2448
Tel:     (510) 665-8644
Fax:     (510) 665-8511

ELIANA FISHER (pro hac vice)
efisher@dralegal.org
Disability Rights Advocates
228 Park Ave. S
PMB 509115
New York, NY 10003-1502
Tel: (212) 644-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs Ho & Mills

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARINA HO and CHRISTINA MILLS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE HERTZ CORPORATION; HERTZ GLOBAL HOLDINGS, INC.; and RENTAL CAR INTERMEDIATE HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No. 3:24-cv-01066-MMC<br><br>**Notice of Change of Firm Contact Information**<br><br>Judge:　　Honorable Maxine M. Chesney |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that effective June 22, 2026, the law firm of Disability Rights Advocates has new mailing addresses in California and New York and a new fax number for New York attorneys. The new mailing addresses and fax number for counsel of record representing Carina Ho and Christina Mills have changed as follows:

| Attorney Name | New Mailing Address |
|---|---|
| Shawna Parks<br><br>Meredith J. Weaver<br><br>Sean Betouliere | Disability Rights Advocates<br>455 Market St., Ste 1940<br>PMB 509115<br>San Francisco, CA 94105-2448 |
| Eliana Fisher | Disability Rights Advocates<br>228 Park Ave. S<br>PMB 509115<br>New York, NY 10003-1502<br><br>Fax: (510) 665-8511 |

DATED:  June 22, 2026                          DISABILITY RIGHTS ADVOCATES

By: _____

MEREDITH J. WEAVER (CA BAR NO. 299328)
mweaver@dralegal.org
SHAWNA PARKS (CA BAR NO. 208301)
sparks@dralegal.org
SEAN BETOULIERE (CA BAR NO. 308645)
sbetouliere@dralegal.org
Disability Rights Advocates
455 Market St., Ste 1940
PMB 509115
San Francisco, CA 94105-2448
Tel:     (510) 665-8644
Fax:     (510) 665-8511

ELIANA FISHER (pro hac vice)
efisher@dralegal.org
Disability Rights Advocates
228 Park Ave. S
PMB 509115
New York, NY 10003-1502
Tel: (212) 644-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs Ho & Mills